Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HO-CHUAN CHEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, a municipality, LINDA DOUGHERTY, an individual, JAY OSBORNE, an individual, and DAVID MARK, an individual,<br><br>Defendant. | No. 2:13-cv-01027<br><br>STIPULATION AND ORDER EXTENDING DEADLINE TO JOIN ADDITIONAL PARTIES |

## **STIPULATION**

The parties have agreed to extend the deadline to join additional parties from October 29, 2013 to January 15, 2014, to allow Plaintiff to make an assessment of potential additional parties.

| MacDONALD HOAGUE & BAYLESS | KING COUNTY PROSECUTOR'S OFFICE |
|---|---|
| By: */s/Joseph R. Shaeffer*<br>John P. Sheridan, WSBA # 21473<br>jack@mhb.com<br>Joseph R. Shaeffer, WSBA # 33273<br>JosephS@mhb.com<br>Attorneys for Plaintiff | By: */s/Endel Kolde per e-mail authorization*<br>Endel R. Kolde, WSBA # 25155<br>endel.kolde@kingcounty.gov<br>Attorneys for Defendants |
| DATED this 30th day of October, 2013. | DATED this 30th day of October, 2013. |

STIPULATION AND ORDER EXTENDING DEADLINE TO JOIN
ADDITIONAL PARTIES - 1

No. 2:13-cv-01027
(10579.1) gj290905

**MacDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1
**ORDER**

2      Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the deadline for

3  joining additional parties is extended to January 15, 2014.

4      DATED this 1st day of November, 2013.

```
                                    _____
                                    Robert S. Lasnik
                                    United States District Judge
```

STIPULATION AND ORDER EXTENDING DEADLINE TO JOIN
ADDITIONAL PARTIES - 2

No. 2:13-cv-01027
(10579.1) gj290905

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961